## RAGSDALE et al. v. DAVIS.

No. 4542.   Opinion Filed June 8, 1915.

(149 Pac. 1144.)

**APPEAL AND ERROR—Brief—Failure to File—Effect.** Where plaintiffs in error have filed no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the judgment of the trial court will be affirmed.

(Syllabus by Rittenhouse, C.)

*Error from Superior Court, Muskogee County;*

*Farrar L. McCain, Judge.*

Action by G. W. Davis against Wm. Ragsdale and another. Judgment for plaintiff, and defendants bring error. Affirmed.

*Gibson & Thurman,* for plaintiffs in error.

*Brown & Stewart,* for defendant in error.

Opinion by RITTENHOUSE, C.   The petition in error and the transcript of the record in this case was filed in this court on November 9, 1912; neither party has filed a brief, nor have they offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned. The judgment of the trial court should therefore be affirmed, under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Nicholson v. Barnes,* 42 Okla. 250, 140 Pac. 1155.

By the Court:   It is so ordered.